The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. and AMAZON LOGISTICS, INC.,<br><br>        Defendants. | No. 2:21-cv-00204-BJR<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT |

### STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which extends by 60 days the deadline for Defendants to answer or otherwise respond to the Complaint.

In support of this request, the parties represent the following to the Court:

1. On February 17, 2021, Plaintiff filed her Complaint [Dkt. 1] against Defendants in the above-captioned action. On February 23, 2021, Plaintiff served Defendant Amazon.com, Inc. and Amazon Logistics, Inc. (collectively "Amazon") with a Summons and the Complaint. Accordingly, absent an extension of time, Amazon's answer or other response would be due March 16, 2021. *See* Fed. R. Civ. P. 12.

2. On March 8, 2021, Defendants' counsel requested and Plaintiff's counsel agreed to stipulate to a 60-day extension of the time for Defendants to answer or otherwise respond.

STIPULATED MOTION AND ORDER EXTENDING DEADLINE
(2:21-cv-00204-BJR) - 1

3. Based on the foregoing, subject to Court approval, the parties stipulate as follows and jointly request that the Court enter the following Order approving that stipulation: the deadline for Defendants to answer or otherwise respond to the Complaint should be extended to May 17, 2021.

Stipulated to and respectfully submitted this 10th day of March, 2021, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendants*

By:      s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    Sheehan Sullivan, WSBA #33189
    920 Fifth Avenue, Suite 3300
    Seattle, Washington  98104-1610
    Telephone:  (206) 622-3150
    Facsimile:  (206) 757-7700
    E-mail:  kennethpayson@dwt.com
              sheehansullivan@dwt.com

TERRELL MARSHALL LAW GROUP PLLC
*Attorneys for Plaintiff*

By:      s/ *Jennifer Rust Murray*
    Beth E. Terrell, WSBA #26759
    Toby J. Marshall, WSBA #32726
    Jennifer Rust Murray, WSBA #36983
    936 North 34th Street, Suite 300
    Seattle, Washington  98103
    Telephone:  (206) 816-6603
    Facsimile:  (206) 319-5450
    E-mail:  bterrell@terrellmarshall.com
              tmarshall@terrellmarshall.com
              jmurray@terrellmarshall.com

    Hillary Schwab (admitted *pro hac vice*)
    Brant Casavant, (admitted *pro hac vice*)
    FAIR WORK, P.C.
    192 South Street, Suite 450
    Boston, Massachusetts 02111
    Telephone:  (617) 607-3260
    Facsimile:  (617) 488-2261
    Email:  hillary@fairworklaw.com
              brant@fairworklaw.com

**ORDER**

The Court GRANTS the parties' stipulated motion extending deadline (Dkt. No. 11) and ORDERS that the deadline for Defendants to answer or otherwise respond to the Complaint is extended to May 17, 2021.

DATED this 11th day of March, 2021.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge