The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, EMAD AL-KAHLOUT, JUMA LAWSON, PHILIP SULLIVAN, JOSE GRINAN, KELLY KIMMEY, KIMBERLY HALO, and HAMADY BOCOUM, on behalf of themselves and all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>DEFENDANTS' NOTICE TO WITHDRAW PENDING MOTION TO COMPEL ARBITRATION AND STAY [DKT. 28] UPON ENTRY OF ORDER APPROVING FILING OF SECOND AMENDED COMPLAINT |

On May 17, 2021, Defendants Amazon.com, Inc. and Amazon Logistics, Inc. filed Defendants' Motion to Compel Arbitration and Stay [Dkt. 28].  On June 2, 2021, the parties filed a Stipulated Motion and [Proposed] Order to File Second Amended Complaint [Dkt. 31]. Defendants hereby provide notice that, upon entry of an order approving the filing of the Second Amended Complaint, they withdraw their Motion to Compel Arbitration and Stay, so that they

//
//
//
//

NOTICE TO WITHDRAW PENDING MOTION
(2:21-cv-00204-BJR) - 1
4840-0807-4221v.3 0051461-003633

Davis Wright Tremaine LLP
LAW OFFICES
[OfficeAddressBlock2]
[OfficePhone1] main · [OfficeFax1] fax

1. can refile a motion to compel arbitration tailored to the claims and allegations in the Second
2. Amended Complaint.
3.   DATED this 2nd day of June, 2021.   Respectfully Submitted,
4.
   By: *s/ Kenneth E. Payson*
5.   Kenneth E. Payson, WSBA #26369
   Sheehan Sullivan, WSBA #33189
6.   DAVIS WRIGHT TREMAINE LLP
   920 Fifth Ave, Suite 3300
7.   Seattle, WA 98104-1610
   Telephone:  (206) 622-3150
8.   Facsimile:  (206) 757-7700
   kennethpayson@dwt.com
9.   sheehansullivan@dwt.com

   By: *s/ Michael J. Puma*
10.   Richard G. Rosenblatt (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
11.   502 Carnegie Center
   Princeton, NJ 08540-6241
12.   Telephone:  (609) 916-6600
   Facsimile:  (609) 916-6601
13.   richard.rosenblatt@morganlewis.com

14.   Michael J. Puma (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
15.   1701 Market Street
   Philadelphia, PA 19103-2921
16.   Telephone:  (215) 963-5000
   Facsimile:  (215) 963-5001
17.   michael.puma@morganlewis.com

18.   Michael E. Kenneally (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
19.   1111 Pennsylvania Avenue, N.W.
   Washington, DC 20004-2541
20.   Telephone:  (202) 739-3000
   Facsimile:  (202) 739-3001
21.   michael.kenneally@morganlewis.com

22.   Mary Grace Patterson (*pro hac vice*)
   MORGAN, LEWIS & BOCKIUS LLP
23.   One Federal Street
   Boston, MA 02110-1726
24.   Telephone:  (617) 341-7700
   Facsimile:  (617) 341-7701
25.   marygrace.patterson@morganlewis.com

26.   *Attorneys for Defendants Amazon.com, Inc.,*
   *and Amazon Logistics, Inc.*
27.

(2:21-cv-00204-BJR) - 2
4840-0807-4221v.3 0051461-003633

Davis Wright Tremaine LLP
LAW OFFICES
[OfficeAddressBlock2]
[OfficePhone1] main · [OfficeFax1] fax