THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JENNIFER MILLER, EMAD AL-KAHLOUT, JUMA LAWSON, PHILIP SULLIVAN, JOSE GRINAN, KELLY KIMMEY, KIMBERLY HALO, and HAMADY BOCOUM, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

Defendants.

Case No. 2:21-cv-00204-BJR

**STIPULATED MOTION AND ORDER TO FILE SECOND AMENDED COMPLAINT**

## I. STIPULATED MOTION

The parties through their respective counsel stipulate, agree, and move the Court as follows:

1. Plaintiff Jennifer Miller filed this lawsuit on February 17, 2021 (Dkt. No. 1).

2. Plaintiffs Jennifer Miller, Emad Al-Kahlout, Juma Lawson, Philip Sullivan, Jose Grinan, Kelly Kimmey, Kimberly Halo, and Hamady Bocoum filed a First Amended Complaint and a Corrected First Amended Complaint on March 18, 2021 (Dkt. Nos. 14, 19).

3. On May 17, 2021, Defendants filed a Motion to Compel Arbitration and Stay (Dkt. No. 28).

STIPULATED MOTION AND ORDER TO FILE SECOND
AMENDED COMPLAINT - 1
Case No. 2:21-cv-00204-BJR

4. Federal Rule Civil Procedure 15(a)(2) permits a party to amend its pleading when the opposing parties agree in writing that the amended pleading may be filed.

5. Local Civil Rule 15 requires a party seeking to amend a pleading to "attach a copy of the proposed amended pleading as an exhibit to the motion or stipulation. The party must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." LCR 15.

6. A "redline" copy of Plaintiffs' Second Amended Complaint reflecting Plaintiffs' revisions to the First Amended Complaint is attached hereto as Exhibit A.

7. Defendants consent to the filing of the Second Amended Complaint attached as Exhibit A.

8. The parties respectfully move the Court to approve the filing of the Second Amended Complaint attached as Exhibit A.

STIPULATED TO AND DATED this 2nd day of June, 2021.

| TERRELL MARSHALL LAW GROUP PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: /s/ Toby J. Marshall, WSBA #32726<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Toby J. Marshall, WSBA #32726<br>Email: tmarshall@terrellmarshall.com<br>Jennifer Rust Murray, WSBA #36983<br>Email: jmurrary@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Kenneth E. Payson, WSBA #26369<br>Kenneth E. Payson, WSBA #26369<br>Email: kennethpayson@dwt.com<br>Sheehan Sullivan, WSBA #33189<br>Email: sheehansullivan@dwt.com<br>920 Fifth Avenue, Suite 3300<br>Seattle, Washington 98104<br>Telephone: (206) 622-3150<br>Facsimile: (206) 757-7700<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>Richard G. Rosenblatt, *Admitted Pro Hac Vice*<br>502 Carnegie Center<br>Princeton, NJ 08540-6241<br>Telephone: (609) 916-6600<br>Facsimile: (609) 916-6601<br>richard.rosenblatt@morganlewis.com |

STIPULATED MOTION AND ORDER TO FILE SECOND
AMENDED COMPLAINT - 2
Case No. 2:21-cv-00204-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Hillary Schwab, *Admitted Pro Hac Vice* <br> Email: hillary@fairworklaw.com <br> Brant Casavant, *Admitted Pro Hac Vice* <br> Email: brant@fairworklaw.com <br> FAIR WORK, P.C. <br> 192 South Street, Suite 450 <br> Boston, Massachusetts 02111 <br> Telephone: (617) 607-3260 <br> Facsimile: (617) 488-2261 <br><br> Andrew R. Frisch, *Admitted Pro Hac Vice* <br> Email: afrisch@forthepeople.com <br> Paul M. Botros, *Admitted Pro Hac Vice* <br> Email: pbotros@forthepeople.com <br> Email: vfish@forthepeople.com <br> Email: ctacher@forthepeople.com <br> MORGAN & MORGAN, P.A. <br> 8151 Peters Road, Suite 4000 <br> Plantation, Florida 33324 <br> Telephone: (954) 327-5352 <br><br> *Attorneys for Plaintiff* | Michael J. Puma, *Admitted Pro Hac Vice* <br> 1701 Market Street <br> Philadelphia, PA 19103-2921 <br> Telephone: (215) 963-5000 <br> Facsimile: (215) 963-5001 <br> Email: michael.puma@morganlewis.com <br> Michael E. Kenneally, *Admitted Pro Hac Vice* <br> 1111 Pennsylvania Avenue, N.W. <br> Washington, DC 20004-2541 <br> Telephone: (202) 739-3000 <br> Facsimile: (202) 739-3001 <br> michael.kenneally@morganlewis.com <br><br> Mary Grace Patterson, *Admitted Pro Hac Vice* <br> One Federal Street <br> Boston, MA 02110-1726 <br> Telephone: (617) 341-7700 <br> Facsimile: (617) 341-7701 <br> marygrace.patterson@morganlewis.com <br><br> *Attorneys for Defendants Amazon.com, Inc., and Amazon Logistics, Inc.* |

STIPULATED MOTION AND ORDER TO FILE SECOND
AMENDED COMPLAINT - 3
Case No. 2:21-cv-00204-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

The Court GRANTS the parties' stipulated motion and approves the filing of the Second Amended Complaint as set forth above.

IT IS SO ORDERED

Dated this 3rd day of June, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER TO FILE SECOND
AMENDED COMPLAINT - 4
Case No. 2:21-cv-00204-BJR

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com