THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MILLER, EMAD AL-KAHLOUT, HAMADY BOCOUM, CHRISTOPHER CAIN, GARY GLEESE, JOSE GRINAN, KIMBERLY HALO, CLARENCE HARDEN, KELLY KIMMEY, JUMA LAWSON, STEVEN MORIHARA, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | NO. 2:21-cv-00204-BJR<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

Plaintiffs and Defendants Amazon.com, Inc. and Amazon Logistics, Inc. (collectively, "Defendants" or "Amazon"), by and through their undersigned counsel, jointly stipulate and request that the Court grant Defendants until January 13, 2022 to respond to the Second Amended Complaint. As grounds for this motion, the parties state:

1. Plaintiffs filed the Second Amended Complaint on June 3, 2021. Dkt. No. 35.

2. On June 23, 2021, Defendants filed their Motion to Compel Arbitration, tailored to the claims and allegations in the Second Amended Complaint. Dkt. No. 40.

3. The Court granted a stay of all case related deadlines, including the deadlines set

STIPULATION AND ORDER REGARDING EXTENSION
OF RESPONSIVE PLEADING DEADLINE
- 1

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ  08540-6241
Telephone: +1.609.919.6600
Facsimile: +1.609.919.6701

1  forth in the court's Order of March 15, 2021 (Dkt. No. 13), pending resolution of Defendants'

2  Motion to Compel. *See* Dkt. No. 39.

3      4.    The Court denied Defendants' Motion to Compel Arbitration on December 9,

4  2021. Dkt. No. 47.

5      5.    Pursuant to Fed. R. Civ. P. 12(a)(4), Defendants' deadline to respond to the

6  Second Amended Complaint is December 23, 2021.

7      6.    Due to scheduling conflicts caused by the upcoming holidays and previously

8  scheduled vacations, the parties have agreed to a three-week extension of Defendants' deadline

9  to file their responsive pleading.

10      7.    Accordingly, the parties request that the Court grant Defendants an extension until

11  January 13, 2022, to file their response to the Second Amended Complaint.

12      Accordingly, the parties respectfully request that the Court grant this motion and enter the

13  proposed Order filed herewith.

RESPECTFULLY SUBMITTED AND DATED this 17th day of December, 2021.

By: /s/ Kenneth E. Payson
    Kenneth E. Payson, WSBA #26369
    Sheehan Sullivan, WSBA #33189
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700
    E-mail:    kennethpayson@dwt.com
                  sheehansullivan@dwt.com

By: /s/ Michael J. Puma
    Richard G. Rosenblatt (*pro hac vice*)
    MORGAN, LEWIS & BOCKIUS LLP
    502 Carnegie Center
    Princeton, NJ 08540-6241
    Telephone: (609) 916-6600
    Facsimile: (609) 916-6601
    Email: richard.rosenblatt@morganlewis.com

STIPULATION AND ORDER REGARDING EXTENSION
OF RESPONSIVE PLEADING DEADLINE
- 2

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone: +1.609.919.6600
Facsimile: +1.609.919.6701

**ORDER**

1
2  IT IS SO ORDERED.

3  DATED this 22nd day of December, 2021.

*Barbara J Rothstein*
_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

Presented by:

By:  /s/ Kenneth E. Payson
Kenneth E. Payson, WSBA #26369
Sheehan Sullivan, WSBA #33189
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone:  (206) 622-3150
Facsimile:  (206) 757-7700
E-mail: kennethpayson@dwt.com
           sheehansullivan@dwt.com

By:  /s/ Michael J. Puma
Richard G. Rosenblatt (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, NJ 08540-6241
Telephone:  (609) 916-6600
Facsimile:  (609) 916-6601
Email: richard.rosenblatt@morganlewis.com

Michael J. Puma (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone:  (215) 963-5000
Facsimile:  (215) 963-5001
Email: michael.puma@morganlewis.com

Michael E. Kenneally (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

STIPULATION AND ORDER REGARDING EXTENSION
OF RESPONSIVE PLEADING DEADLINE
 - 5

MORGAN, LEWIS & BOCKIUS LLP
Attorneys at Law
502 Carnegie Center
Princeton, NJ  08540-6241
Telephone: +1.609.919.6600
Facsimile: +1.609.919.6701