THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MILLER, EMAD AL-KAHLOUT, HAMADY BOCOUM, CHRISTOPHER CAIN, GARY GLEESE, JOSE GRINAN, KIMBERLY HALO, CLARENCE HARDEN, KELLY KIMMEY, JUMA LAWSON, STEVEN MORIHARA, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM, INC., and AMAZON LOGISTICS, INC., <br><br> Defendants. | NO. 2:21-cv-00204-BJR <br><br> **ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

THIS MATTER comes before the Court on Plaintiffs' Assented-To Motion for Extension of Time to File Opposition to Defendants' Motion to Dismiss (the "Motion"). *See* docket entry no. 61. Having considered the Motion and the arguments presented therein, the Motion is hereby GRANTED. Plaintiffs' deadline to file their opposition to Defendants' Motion to Dismiss shall be extended from March 9, 2022, to March 18, 2022.

ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS-1

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300, Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com

1 | It is so ORDERED:

3 | DATED this 28th day of February, 2022.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

---

ORDER GRANTING PLAINTIFFS' ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS-2

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300, Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com