THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MILLER, EMAD AL-KAHLOUT, HAMADY BOCOUM, CHRISTOPHER CAIN, GARY GLEESE, JOSE GRINAN, KIMBERLY HALO, CLARENCE HARDEN, KELLY KIMMEY, JUMA LAWSON, STEVEN MORIHARA, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>                Defendants. | NO. 2:21-cv-00204-BJR<br><br>**ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

THE PARTIES in the above-entitled action have filed a status report along with a joint motion to lift the present stay in this matter and to set a briefing schedule. Having reviewed the status report and considered the parties' positions, it is hereby ordered:

1. The joint motion to lift the stay is hereby GRANTED;

2. Defendants shall file their motion to dismiss the Complaint on or before June 21, 2024; and

3. A joint status report, including the parties' proposed discovery plan covering the

ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300, Seattle, Washington 98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com
FAIR WORK, P.C.
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 ● FAX 617.488.2261
www.fairworklaw.com

1  topics in Local Civ. R. 26(f), shall be submitted to the Court on or before June 28, 2024.

2  IT IS SO ORDERED.

3  Dated: May 30, 2024

_____

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300, Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com

| | |
|---|---|
| 1 | PRESENTED BY: |
| 2 | FAIR WORK, P.C. |
| 3 | |
| 4 | By: /s/ Hillary Schwab |
| | Hillary Schwab, *Admitted Pro Hac Vice* |
| 5 | Email: hillary@fairworklaw.com |
| | Brant Casavant, *Admitted Pro Hac Vice* |
| 6 | Email: brant@fairworklaw.com |
| 7 | 192 South Street, Suite 450 |
| | Boston, MA 02111 |
| 8 | Telephone: (617) 607-3260 |
| 9 | Facsimile: (617) 488-2261 |

PRESENTED BY:

FAIR WORK, P.C.

By: */s/ Hillary Schwab*
   Hillary Schwab, *Admitted Pro Hac Vice*
   Email: hillary@fairworklaw.com
   Brant Casavant, *Admitted Pro Hac Vice*
   Email: brant@fairworklaw.com
   192 South Street, Suite 450
   Boston, MA 02111
   Telephone: (617) 607-3260
   Facsimile: (617) 488-2261

TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Toby J. Marshall, WSBA #32726
   Email: tmarshall@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurrary@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, WA 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Andrew R. Frisch
      *Admitted Pro Hac Vice*
   Email: afrisch@forthepeople.com
   Paul M. Botros, Admitted Pro Hac Vice
   Email: pbotros@forthepeople.com
   MORGAN & MORGAN, P.C.
   8151 Peters Road, Suite 4000
   Plantation, FL 33324
   Telephone: (954) WORKERS
   Facsimile: (954) 327-3017

*Attorneys for Plaintiffs.*

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Andrew DeCarlow*
   Andrew DeCarlow, WSBA #54471
   Email: Andrew.decarlow@morganlewis.com
   1301 2nd Ave., Suite 3000
   Seattle, WA 98101
   Telephone: (206) 274-6400
   Facsimile: (206) 274-6401

By: */s/ Walter F. Brown*
   Walter F. Brown
      *Admitted Pro Hac Vice*
   Email: wbrown@paulweiss.com
   Shawn Estrada
      *Admitted Pro Hac Vice*
   Email: sestrada@paulweiss.com
   Marco Antonio Torres
      *Admitted Pro Hac Vice*
   Email: mtorres@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
   535 Mission Street, 24th Floor
   San Francisco, CA 94105
   Telephone: (628) 432-5100
   Facsimile: (628) 232-3101

   Amy L. Barton
      *Admitted Pro Hac Vice*
   Email: abarton@paulweiss.com
   PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
   1285 Avenue of the Americas
   New York, NY 10019-6064
   Telephone: (212) 373-3000
   Facsimile: (212) 49- 0285

*Attorneys for Defendants.*

ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300, Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel for all registered parties in this matter, and that I have mailed by U.S. Postal Service a true copy of this document to all non-registered participants.

Dated: May 29, 2024.                    By:     */s/ Andrew DeCarlow*

ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300, Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com