The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, EMAD AL-KAHLOUT, HAMADY BOCOUM, CHRISTOPHER CAIN, GARY GLEESE, JOSE GRINAN, KIMBERLY HALO, CLARENCE HARDEN, KELLY KIMMEY, JUMA LAWSON, STEVEN MORIHARA, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:21-cv-00204-BJR<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

PLEASE TAKE NOTICE that **Kenneth E. Payson** and **Sheehan Sullivan** of Davis Wright Tremaine LLP hereby withdraw as counsel of record for Defendants Amazon.Com, Inc., and Amazon Logistics, Inc.  Andrew DeCarlow, Walter F. Brown, Shawn M. Estrada, Marco A. Torres and Amy L. Barton remain as counsel for Defendants.

NOTICE OF WITHDRAWAL (2:21-cv-00204-BJR) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  DATED this 18th day of July, 2024.

2                                                    DAVIS WRIGHTTREMAINE LLP

3

4                                                    By *s/ Kenneth E. Payson*
                                                        Kenneth E. Payson, WSBA #26369
5                                                    By *s/ Sheehan Sullivan*
                                                        Sheehan Sullivan, WSBA #33189
6                                                        920 Fifth Avenue, Suite 3300
                                                        Seattle, Washington 98104
7                                                        Telephone: (206) 622-3150
                                                        Fax: (206) 757-7700
8                                                        Email: kennethpayson@dwt.com
9                                                        Email: sheehansullivan@dwt.com

10                                                   *Attorneys for Defendants Amazon.com, Inc.,
                                                     and Amazon Logistics, Inc.*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF WITHDRAWAL (2:21-cv-00204-BJR) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure

DATED this 18th day of July 2024.

_____
Carol Huerta, Legal Assistant

NOTICE OF WITHDRAWAL (2:21-cv-00204-BJR) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax