THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, CHRISTOPHER CAIN, JOSE GRINAN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants, | Case No. 2:21-cv-00204-BJR<br><br>**STIPULATED MOTION TO EXTEND CASE DEADLINES** |

Plaintiffs and Defendants, Amazon.com, Inc., and Amazon Logistics, Inc., (together the "Parties"), stipulate and hereby jointly request that the Court enter an order extending (1) Defendants' deadline to respond to Plaintiffs' Third Amended Class Action Complaint from December 26, 2024, to January 31, 2025, (2) the Joinder of Parties deadline from January 31, 2025, to February 14, 2025, (3) the deadline for Amended Pleadings from February 7, 2025, to February 21, 2025, and (4) the Class Certification Discovery Cutoff from February 14, 2025, to March 14, 2025, as set forth below.

STIPULATED MOTION TO EXTEND CASE DEADLINES
– PAGE 1
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1.    On December 11, 2024, Defendants consented to leave to file, and Plaintiffs filed, a Third Amended Class Action Complaint (the "TAC"). Dkt. No. 101. Defendants' response to the TAC is currently due December 26, 2024.

2.    The Parties have conferred and agree that additional time is warranted for Defendants to respond to the TAC. The Parties have agreed to extend the Defendants' deadline to respond to the TAC to January 31, 2025. Extending this deadline will not delay litigation of this case.

3.    Under the Court's current scheduling order (Dkt. No. 86), the Parties' Joinder of Parties deadline falls on January 31, 2025.  Further, the deadline for Amended Pleadings falls on February 7, 2025. In order to keep the schedule items related to the TAC consistent, the Parties have agreed to also extend the Joinder of Parties deadline to February 14, 2025, and the deadline for Amended Pleadings to February 21, 2025.

4.    Under the Court's current scheduling order (Dkt. No. 86), the deadline to complete discovery on class certification is currently February 14, 2025, and the deadline for Plaintiffs to file their motion for class certification is  March 14, 2025.

5.    While the Parties have been cooperating to accomplish class certification discovery prior to the February 14, 2025, deadline, the parties anticipate that additional discovery—including depositions —will extend past the February 14, 2025, cutoff. The Parties agree that the necessary discovery can be completed by March 14, 2025, the deadline for filing a motion for class certfcation, without impacting the briefing deadlines. Therefore, the Parties jointly request that the Court enter an order extending the class certification discovery cutoff to

STIPULATED MOTION TO EXTEND CASE DEADLINES
– PAGE 2
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

March 14, 2025. Doing so will not otherwise alter any of the class certification briefing deadlines set by the Court.

For the reasons stated above, the Parties respectfully request the Court enter the [Proposed] Order that extends Defendants' deadline to respond to Plaintiffs' Third Amended Class Action Complaint, the Joinder of Parties deadline, the deadline for Amended Pleadings, and the Class Certification Discovery Cutoff.

IT IS SO STIPULATED.

DATED this 19th day of December, 2024.

STIPULATED MOTION TO EXTEND CASE DEADLINES – PAGE 3
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Beth E. Terrell* | By: *s/ Andrew DeCarlow* |
| Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA No. 54471 |
| Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| Toby J. Marshall, WSBA #32726 | MORGAN, LEWIS & BOCKIUS LLP |
| Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| Email: jmurrary@terrellmarshall.com | Phone: (206) 274-6400 |
| TERRELL MARSHALL LAW GROUP PLLC | |
| 936 North 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Walter F. Brown (*Pro Hac Vice*) |
| Telephone: (206) 816-6603 | Email: wbrown@paulweiss.com |
| Facsimile: (206) 319-5450 | Shawn M. Estrada (*Pro Hac Vice*) |
| | Email: sestrada@paulweiss.com |
| Hillary Schwab, Admitted *Pro Hac Vice* | Marco A. Torres (*Pro Hac Vice*) |
| Email: hillary@fairworklaw.com | Email: mtorres@paulweiss.com |
| Brant Casavant, Admitted *Pro Hac Vice* | PAUL, WEISS, RIFKIND, WHARTON |
| Email: brant@fairworklaw.com | & GARRISON LLP |
| FAIR WORK, P.C. | 535 Mission Street, 24th Floor |
| 192 South Street, Suite 450 | San Francisco, CA 94105 |
| Boston, Massachusetts 02111 | Telephone: (628) 432-5100 |
| Telephone: (617) 607-3260 | Facsimile: (628) 232-3101 |
| Facsimile: (617) 488-2261 | |
| | Amy L. Barton (*Pro Hac Vice*) |
| Andrew R. Frisch, Admitted *Pro Hac Vice* | Email: abarton@paulweiss.com |
| Email: AFrisch@forthepeople.com | Matthew P. Merlo (*Pro Hac Vice)* |
| Paul M. Botros, Admitted *Pro Hac Vice* | Email: mmerlo@paulweiss.com |
| Email: pbotros@forthepeople.com | PAUL, WEISS, RIFKIND, WHARTON |
| MORGAN & MORGAN, P.C. | & GARRISON LLP |
| 8151 Peters Road, Suite 4000 | 1285 Avenue of the Americas |
| Plantation, Florida 33324 | New York, NY 10019-6064 |
| Telephone: (954) WORKERS | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757- 3990 |
| *Attorneys for Plaintiffs* | |
| | *Attorney for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.* |

STIPULATED MOTION TO EXTEND CASE DEADLINES
 – PAGE 4
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

# ORDER

The Stipulated Motion to Extend Case Deadlines, ECF No. 103, is GRANTED.

1. Defendants shall respond to Plaintiffs' Third Amended Class Action Complaint by January 31, 2025.

2. The Joinder of Parties deadline is hereby continued from January 31, 2025, to February 14, 2025.

3. The deadline for Amended Pleadings is hereby continued from February 7, 2025, to February 21, 2025.

4. The Class Certification Discovery Cutoff is hereby continued from February 14, 2025, to March 14, 2025. The remainder of the Court's scheduling order (Dkt. No. 86) remains in effect except as modified herein.

5. Stipulated Motion, ECF No. 102, is struck as moot.

DATED this 20th day of December 2024.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO EXTEND CASE DEADLINES – PAGE 5
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*Presented by:*

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Beth E. Terrell* | By: *s/ Andrew DeCarlow* |
| Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA No. 54471 |
| Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| Toby J. Marshall, WSBA #32726 | MORGAN, LEWIS & BOCKIUS LLP |
| Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| Email: jmurrary@terrellmarshall.com | Phone: (206) 274-6400 |
| TERRELL MARSHALL LAW GROUP PLLC | |
| 936 North 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Walter F. Brown (*Pro Hac Vice*) |
| Telephone: (206) 816-6603 | Email: wbrown@paulweiss.com |
| Facsimile: (206) 319-5450 | Shawn M. Estrada (*Pro Hac Vice*) |
| | Email: sestrada@paulweiss.com |
| Hillary Schwab, Admitted *Pro Hac Vice* | Marco A. Torres (*Pro Hac Vice*) |
| Email: hillary@fairworklaw.com | Email: mtorres@paulweiss.com |
| Brant Casavant, Admitted *Pro Hac Vice* | PAUL, WEISS, RIFKIND, WHARTON |
| Email: brant@fairworklaw.com | & GARRISON LLP |
| FAIR WORK, P.C. | 535 Mission Street, 24th Floor |
| 192 South Street, Suite 450 | San Francisco, CA 94105 |
| Boston, Massachusetts 02111 | Telephone: (628) 432-5100 |
| Telephone: (617) 607-3260 | Facsimile: (628) 232-3101 |
| Facsimile: (617) 488-2261 | |
| | Amy L. Barton (*Pro Hac Vice*) |
| | Email: abarton@paulweiss.com |
| Andrew R. Frisch, Admitted *Pro Hac Vice* | Matthew P. Merlo (*Pro Hac Vice)* |
| Email: AFrisch@forthepeople.com | Email: mmerlo@paulweiss.com |
| Paul M. Botros, Admitted *Pro Hac Vice* | PAUL, WEISS, RIFKIND, WHARTON |
| Email: pbotros@forthepeople.com | & GARRISON LLP |
| MORGAN & MORGAN, P.C. | 1285 Avenue of the Americas |
| 8151 Peters Road, Suite 4000 | New York, NY 10019-6064 |
| Plantation, Florida 33324 | Telephone: (212) 373-3000 |
| Telephone: (954) WORKERS | Facsimile: (212) 757- 3990 |

*Attorneys for Plaintiffs*

*Attorney for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATED MOTION TO EXTEND CASE DEADLINES – PAGE 6
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401