THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MILLER, CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER comes before the Court on Plaintiffs' Motion for Leave to file Overlength Brief. Having considered the Motion, which is unopposed, the Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED this 16th day of January 2025.

*/s/ Barbara J. Rothstein*
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE OVERLENGTH BRIEF - 1
Case No. 2:21-cv-00204-BJR

```
 1
 2   FAIR WORK, P.C.
 3
     By:  /s/ Brant Casavant
 4       Hillary Schwab, Admitted Pro Hac Vice
         Email: hillary@fairworklaw.com
 5       Brant Casavant, Admitted Pro Hac Vice
         Email: brant@fairworklaw.com
 6       Brook Lane, Admitted Pro Hac Vice
         Email: brook@fairworkflow.com
 7       192 South Street, Suite 450
 8       Boston, Massachusetts 02111
         Telephone: (617) 607-3260
 9
     TERRELL MARSHALL LAW GROUP PLLC
10
     By:  /s/ Toby J. Marshall, WSBA #32726
11       Beth E. Terrell, WSBA #26759
12       Email: bterrell@terrellmarshall.com
         Toby J. Marshall, WSBA #32726
13       Email: tmarshall@terrellmarshall.com
         Jennifer Rust Murray, WSBA #36983
14       Email: jmurrary@terrellmarshall.com
15       936 North 34th Street, Suite 300
         Seattle, Washington 98103
16       Telephone: (206) 816-6603

17       Andrew R. Frisch, Admitted Pro Hac Vice
         Email: afrisch@forthepeople.com
18       Paul M. Botros, Admitted Pro Hac Vice
19       Email: pbotros@forthepeople.com
         Email: vfish@forthepeople.com
20       Email: ctacher@forthepeople.com
         MORGAN & MORGAN, P.A.
21       8151 Peters Road, Suite 4000
         Plantation, Florida 33324
22       Telephone: (954) 327-5352
23
     Attorneys for Plaintiff
24
25
26
27

     ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
     FOR LEAVE TO FILE OVERLENGTH BRIEF - 2
     Case No. 2:21-cv-00204-BJR
```