THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, CHRISTOPHER CAIN, JOSE GRINAN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants, | Case No. 2:21-cv-00204-BJR<br><br>**SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PENDING MOTION TO SEAL** |

Plaintiffs and Defendants, Amazon.com, Inc., and Amazon Logistics, Inc., (together the "Parties"), stipulate and hereby jointly request that the Court enter a second order extending Defendants' deadline to respond to Plaintiffs' Moition to Seal Confidential Documents in Support of Their Motion for Class Certification (Dkt. No. 108) (the "Motion to Seal") by a further two-weeks, from the current deadline of February 25, 2025 to March 11, 2025.

1. On January 21, 2025, Plaintiffs filed the Motion to Seal regarding documents Plaintiffs have provisionally lodged under seal in support of their pending Motion to Certify a

SECOND STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE
PENDING MOTION TO SEAL – PAGE 1
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Class (Dkt. No. 110). The documents filed provisionally under seal are all documents which Defendants have designated confidential persuant to the Protective Order in this case. *See* Dkt. No. 95. While Defendants had previously agreed to de-designate certain documents as confidential in a meet and confer with Plaintiffs, the document subject to the Motion to Seal are documents Defendants believe warrant protection from public filing.

2. Pursuant to Local Civil Rule 5(g)(3)(B), Amazon intends to file a "specific statement of the applicable legal standard and the reasons for keeping [the Confidential Exhibits] under seal," including the specific explanations, in its responsive brief to the Motion to Seal.

3. The Parties previously stipulated to extend Amazon's deadline to respond to the Motion to Seal to February 25, 2025, which this Court approved. *See* Dkt. Nos. 113 & 114. However, Amazon requires additional time to gather the declarations and material to support its forthcoming request to retain the exhibits (Dkt. No. 109) under seal, and accordingly has requested—and Plaintiffs have agreed—to extend the deadline for Amazon to file its responding brief by two additional weeks, to March 11, 2025.

4. An additional two-week extension for Amazon to file its response will not delay any deadlines in this case. Defendants' response to Plaintiffs' Motion to Certify a Class is not due until April 14, 2025, and that motion will not be fully briefed until April 28, 2025 (Dkt. No. 86). Accordingly, a brief additional two-week extension to file a response in support of the Motion to Seal will not delay adjudication of the underlying motion, affect future briefing on class certification, or otherwise delay litigation of this case.

SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PENDING MOTION TO SEAL – PAGE 2
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1  THEREFORE, the Parties respectfully request that the Court enter an order extending
2  Defendants' deadline to file a response in support of the pending Motion to Seal to **March 11,**
3  **2025**.
4  IT IS SO STIPULATED.
5  DATED this 21st day of February, 2025.

SECOND STIPULATED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO RESPOND TO THE
PENDING MOTION TO SEAL – PAGE 3
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Beth E. Terrell* | By: *s/ Andrew DeCarlow* |
| Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA No. 54471 |
| Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| Toby J. Marshall, WSBA #32726 | MORGAN, LEWIS & BOCKIUS LLP |
| Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| Email: jmurrary@terrellmarshall.com | Phone: (206) 274-6400 |
| TERRELL MARSHALL LAW GROUP PLLC | |
| 936 North 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Walter F. Brown (*Pro Hac Vice*) |
| Telephone: (206) 816-6603 | Email: wbrown@paulweiss.com |
| Facsimile: (206) 319-5450 | Shawn M. Estrada (*Pro Hac Vice*) |
| | Email: sestrada@paulweiss.com |
| Hillary Schwab, Admitted *Pro Hac Vice* | Marco A. Torres (*Pro Hac Vice*) |
| Email: hillary@fairworklaw.com | Email: mtorres@paulweiss.com |
| Brant Casavant, Admitted *Pro Hac Vice* | PAUL, WEISS, RIFKIND, WHARTON |
| Email: brant@fairworklaw.com | & GARRISON LLP |
| FAIR WORK, P.C. | 535 Mission Street, 24th Floor |
| 192 South Street, Suite 450 | San Francisco, CA 94105 |
| Boston, Massachusetts 02111 | Telephone: (628) 432-5100 |
| Telephone: (617) 607-3260 | Facsimile: (628) 232-3101 |
| Facsimile: (617) 488-2261 | |
| | Amy L. Barton (*Pro Hac Vice*) |
| Andrew R. Frisch, Admitted *Pro Hac Vice* | Email: abarton@paulweiss.com |
| Email: AFrisch@forthepeople.com | Matthew P. Merlo (*Pro Hac Vice*) |
| Paul M. Botros, Admitted *Pro Hac Vice* | Email: mmerlo@paulweiss.com |
| Email: pbotros@forthepeople.com | PAUL, WEISS, RIFKIND, WHARTON |
| MORGAN & MORGAN, P.C. | & GARRISON LLP |
| 8151 Peters Road, Suite 4000 | 1285 Avenue of the Americas |
| Plantation, Florida 33324 | New York, NY 10019-6064 |
| Telephone: (954) WORKERS | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757- 3990 |
| *Attorneys for Plaintiffs* | |
| | *Attorney for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.* |

SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PENDING MOTION TO SEAL – PAGE 4
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

**ORDER**

The foregoing Stipulated Motion is GRANTED. Defendants shall respond to the Unopposed Motion to Seal Confidential Documents in Support of Their Motion for Class Certification (Dkt. No. 108) on or before March 11, 2025.

IT IS SO ORDERED.

DATED this 24th day of February, 2025.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PENDING MOTION TO SEAL – PAGE 5
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*Presented by:*

| | |
|---|---|
| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: *s/ Beth E. Terrell* | By: *s/ Andrew DeCarlow* |
| Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA No. 54471 |
| Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| Toby J. Marshall, WSBA #32726 | MORGAN, LEWIS & BOCKIUS LLP |
| Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| Email: jmurrary@terrellmarshall.com | Phone: (206) 274-6400 |
| TERRELL MARSHALL LAW GROUP PLLC | |
| 936 North 34th Street, Suite 300 | |
| Seattle, Washington 98103 | Walter F. Brown (*Pro Hac Vice*) |
| Telephone: (206) 816-6603 | Email: wbrown@paulweiss.com |
| Facsimile: (206) 319-5450 | Shawn M. Estrada (*Pro Hac Vice*) |
| | Email: sestrada@paulweiss.com |
| Hillary Schwab, Admitted *Pro Hac Vice* | Marco A. Torres (*Pro Hac Vice*) |
| Email: hillary@fairworklaw.com | Email: mtorres@paulweiss.com |
| Brant Casavant, Admitted *Pro Hac Vice* | PAUL, WEISS, RIFKIND, WHARTON |
| Email: brant@fairworklaw.com | & GARRISON LLP |
| FAIR WORK, P.C. | 535 Mission Street, 24th Floor |
| 192 South Street, Suite 450 | San Francisco, CA 94105 |
| Boston, Massachusetts 02111 | Telephone: (628) 432-5100 |
| Telephone: (617) 607-3260 | Facsimile: (628) 232-3101 |
| Facsimile: (617) 488-2261 | |
| | Amy L. Barton (*Pro Hac Vice*) |
| Andrew R. Frisch, Admitted *Pro Hac Vice* | Email: abarton@paulweiss.com |
| Email: AFrisch@forthepeople.com | Matthew P. Merlo (*Pro Hac Vice*) |
| Paul M. Botros, Admitted *Pro Hac Vice* | Email: mmerlo@paulweiss.com |
| Email: pbotros@forthepeople.com | PAUL, WEISS, RIFKIND, WHARTON |
| MORGAN & MORGAN, P.C. | & GARRISON LLP |
| 8151 Peters Road, Suite 4000 | 1285 Avenue of the Americas |
| Plantation, Florida 33324 | New York, NY 10019-6064 |
| Telephone: (954) WORKERS | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757- 3990 |
| *Attorneys for Plaintiffs* | |
| | *Attorney for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.* |

SECOND STIPULATED MOTION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO THE PENDING MOTION TO SEAL – PAGE 6
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401