1

THE HONORABLE BARBARA J. ROTHSTEIN

2

3

4

5

6

7

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

JENNIFER MILLER, CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,

Case No. 2:21-cv-00204-BJR

11

12

**UNOPPOSED MOTION REGARDING PAGE LIMITS FOR DEFENDANTS AMAZON.COM, INC. AND AMAZON LOGISTICS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

13

Plaintiffs,

14

v.

15

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

16

17

Defendants.

18

19

20

21

22

23

24

25

26

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1    Pursuant to the agreement between the Parties and LCR 7(f), Defendants Amazon.com,

2  Inc. and Amazon Logistics, Inc. ("Amazon") move for leave to file an overlength brief in

3  opposition to Plaintiffs' Motion for Class Certification (the "Motion"), Dkt. 110, which is due

4  April 14, 2025.

5    On January 14, 2025, Plaintiffs filed their Unopposed Motion for Leave to File Overlength

6  Brief.  Dkt. 105.  In Plaintiffs' unopposed motion, they acknowledged that "this is a matter of

7  extraordinary complexity" given the "complexity of the facts and issues involved in this

8  proceeding. *Id.* at 1-2.  On January 16, 2025, the Court granted Plaintiffs' Unopposed Motion For

9  Leave to File Overlength Brief, permitting Plaintiffs to file a combined motion and memorandum

10  in excess of the 15-page limit imposed by this Court's Standing Order for Civil Cases (II.A), and

11  containing up to 8,400 words.  Dkt. 106.  On January 21, 2025, Plaintiffs filed their overlength

12  Motion and Memorandum in Support.

13    Given Plaintiffs' contention that this matter is extraordinarily complex and Amazon's need

14  to respond to Plaintiffs' many arguments in their overlength Motion and to demonstrate why

15  Plaintiffs' motion should be denied, Amazon requests the same extension of the word limit for its

16  forthcoming Opposition brief.  In addition, LCR 7(f)(4) provides that "[i]f the court grants leave

17  to file an over-length motion, the brief in opposition will automatically be allowed an equal number

18  of additional pages."  Accordingly, Amazon respectfully requests that it be permitted the same

19  8,400 word limit for its Opposition to Plaintiffs' Motion for Class Certification granted to

20  Plaintiffs' for their Motion for Class Certification.

21  / / /

22  / / /

23  / / /

24

25

26

UNOPPOSED MOTION REGARDING PAGE
LIMITS FOR AMAZON'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Page 2
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1

2    DATED:  April 8, 2025                     By: *s/ Andrew DeCarlow*
                                              Andrew DeCarlow, WSBA No. 54471
3                                             Email: andrew.decarlow@morganlewis.com
                                              MORGAN, LEWIS & BOCKIUS LLP
4                                             1301 Second Avenue, Suite 3000
                                              Seattle, WA 98101
5                                             Phone: (206) 274-6400

6

7                                             Walter F. Brown (*Pro Hac Vice*)
                                              Email: wbrown@paulweiss.com
8                                             Shawn M. Estrada (*Pro Hac Vice*)
                                              Email: sestrada@paulweiss.com
9                                             Marco A. Torres (*Pro Hac Vice*)
                                              Email: mtorres@paulweiss.com
10                                            PAUL, WEISS, RIFKIND, WHARTON
                                              & GARRISON LLP
11                                            535 Mission Street, 25th Floor
                                              San Francisco, CA 94105
12                                            Telephone: (628) 432-5100
                                              Facsimile: (628) 232-3101
13

14                                            Amy L. Barton (*Pro Hac Vice*)
                                              Email: abarton@paulweiss.com
15                                            Matthew P. Merlo (*Pro Hac Vice*)
                                              Email: mmerlo@paulweiss.com
16                                            PAUL, WEISS, RIFKIND, WHARTON
                                              & GARRISON LLP
17                                            1285 Avenue of the Americas
                                              New York, NY 10019-6064
18                                            Telephone: (212) 373-3000
                                              Facsimile: (212) 757- 3990
19

20                                            *Attorney for Defendant Amazon.com, Inc. and*
                                              *Amazon Logistics, Inc.*
21

22

23

24

25

26

UNOPPOSED MOTION REGARDING PAGE
LIMITS FOR AMAZON'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Page 3
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF CONFERENCE**

I certify that on April 3, 2025, I conferred with counsel for Plaintiffs Christopher Cain,

Kimberly Halo, Kelly Kimmey, Juma Lawson, and Philip Sullivan concerning this motion and

the relief requested herein.  Plaintiffs have stated that they do not oppose.


DATED:  April 8, 2025

By: *s/ Shawn Estrada*
Shawn Estrada

UNOPPOSED MOTION REGARDING PAGE
LIMITS FOR AMAZON'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Page 4
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Having considered the foregoing Unopposed Motion Regarding Page Limits for Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Motion is hereby GRANTED.

**IT IS SO ORDERED.**

DATED this 9th day of April 2025.

_Barbara J. Rothstein_

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION REGARDING PAGE
LIMITS FOR AMAZON'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION – Page 5
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401