THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER MILLER, CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LONG REPLY AND FOR EXTENSION OF TIME** |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion for Leave to File Over-Long Reply and for Extension of Time (the "Motion") in connection with their pending Motion for Class Certification. (*See* docket entry no. 110). Having considered the Motion, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. Absent further order by this Court, Plaintiffs shall file a reply memorandum in further support of their Motion for Class Certification containing no more than 6,500 words by no later than May 5, 2025.

IT IS SO ORDERED.

DATED this 21 day of April 2025.

_____
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE