THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**NOTICE OF INTENT TO FILE A SURREPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF CLASS CERTIFICATION AND MOTION TO STRIKE** |

Pursuant to Local Rule 7(g), Defendants, Amazon.com, Inc., and Amazon Logistics, Inc. ("Amazon") respectfully submit this notice of their intent to file a surreply limited to opposing Plaintiffs' motion to strike contained within their Reply In Further Support of Class Certification and Motion to Strike (the "Reply"). Dkt. 142. This notice is being filed as soon as practicable after receiving the Reply on May 5, 2025.

/ / /

/ / /

/ / /

NOTICE OF INTENT TO FILE A SURREPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF CLASS CERTIFICATION AND MOTION TO STRIKE – PAGE 1
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

1  DATED: May 6, 2025

2
3    By: *s/ Andrew DeCarlow*
     Andrew DeCarlow, WSBA No. 54471
     Email: andrew.decarlow@morganlewis.com
4    **MORGAN, LEWIS & BOCKIUS LLP**
     1301 Second Avenue, Suite 3000
5    Seattle, WA 98101
     Phone: (206) 274-6400
6
7    Walter F. Brown (*Pro Hac Vice*)
     Email: wbrown@paulweiss.com
8    Shawn M. Estrada (*Pro Hac Vice*)
     Email: sestrada@paulweiss.com
9    Marco A. Torres (*Pro Hac Vice*)
     Email: mtorres@paulweiss.com
10   **PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP**
11   535 Mission Street, 25th Floor
     San Francisco, CA 94105
12   Telephone: (628) 432-5100
     Facsimile: (628) 232-3101
13
14   Amy L. Barton (*Pro Hac Vice*)
     Email: abarton@paulweiss.com
15   Matthew P. Merlo (*Pro Hac Vice*)
     Email: mmerlo@paulweiss.com
16   **PAUL, WEISS, RIFKIND, WHARTON
     & GARRISON LLP**
17   1285 Avenue of the Americas
     New York, NY 10019-6064
18   Telephone: (212) 373-3000
     Facsimile: (212) 757- 3990
19
20   *Attorneys for Defendant Amazon.com, Inc. and
     Amazon Logistics, Inc.*
21
22
23
24
25
26

NOTICE OF INTENT TO FILE A SURREPLY TO PLAINTIFFS' REPLY IN FURTHER SUPPORT OF CLASS CERTIFICATION AND MOTION TO STRIKE – PAGE 2
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401