THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | No. 2:21-cv-00204-BJR<br><br>**PROPOSED SCHEDULE** |

As directed by the Court, ECF No. 159, Plaintiffs Christopher Cain, Kimberly Halo, Kelly Kimmey, Juma Lawson, and Philip Sullivan ("Plaintiffs") and Defendants Amazon.com, Inc., and Amazon Logistics, Inc. ("Amazon"), respectfully submit this proposed schedule to govern the rest of the case and state as follows:

1. Plaintiffs filed this action alleging that Amazon violated the Washington Consumer Protection Act (WCPA), RCW 19.86, *et seq.*, by engaging in unfair and deceptive business practices in connection with tips paid by customers for Amazon Flex delivery between January 2017 and August 2019. Amazon denies those allegations and denies engaging in any

PROPOSED SCHEDULE - 1

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300, Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**Fair Work, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com

conduct violative of the WCPA.

2. Following the Court's denial of Amazon's motion to compel arbitration, Amazon's appeal of the Court's decision denying motion, and the Court's subsequent denial of Amazon's motion to dismiss, *see* ECF Nos. 47, 68, *and* 99, the parties spent approximately 11 months conducting fact discovery – including document production, interrogatories, requests for admission, and depositions – relevant to Plaintiffs' individual and class claims and Amazon's defenses.

3. While discovery was ongoing, in January 2025, Plaintiffs filed a motion for class certification under Fed. R. Civ. P. 23. ECF No. 110. Amazon filed an opposition to that motion on April 14, 2025. ECF. No. 128. On July 1, 2025, the Court denied Plaintiffs' motion. ECF No. 154. Plaintiffs thereafter filed a petition for interlocutory review of the Court's decision with the Ninth Circuit Court of Appeals under Fed. R. Civ. P. 23(f), which the Court of Appeals denied on August 27, 2025. ECF No. 158.

4. Counsel for the parties have conferred concerning a proposed schedule for the remainder of the case in light of the Court's order denying class certification. Following their conferral, the parties propose the schedule for the remainder of the case as follows:

| Deadline | Date |
| --- | --- |
| Deadline to file any dispositive motions under Fed. R. Civ. P. 56 | January 9, 2026 |
| Deadline to file oppositions to any Fed. R. Civ. P. 56 motions | January 30, 2026 |
| Deadline to file replies to any Fed. R. Civ. P. 56 motions | February 6, 2026 |
| Deadline to submit Pretrial Conference Statement | May 18, 2026 |
| Trial | June 15, 2026 |

5. To the extent any fact issues remain unresolved following the Court's decision on the parties' dispositive motions (regarding, e.g., damages), the parties propose to submit those issues for judgment at trial. In that event, the parties propose to submit a more detailed proposed schedule for trial within 21 days of the Court's order on their dispositive motions.

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300, Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com

1     RESPECTFULLY SUBMITTED AND DATED this 17th day of September, 2025.

| **TERRELL MARSHALL LAW GROUP PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: */s/ Jennifer Rust Murray* | By: */s/ Andrew DeCarlow* |
| Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA No. 54471 |
| Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| Toby J. Marshall, WSBA #32726 | MORGAN, LEWIS & BOCKIUS LLP |
| Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| Email: jmurrary@terrellmarshall.com | Phone: (206) 274-6400 |
| TERRELL MARSHALL LAW GROUP PLLC | |
| 936 North 34th Street, Suite 300 | Walter F. Brown (*Pro Hac Vice*) |
| Seattle, Washington 98103 | Email: wbrown@paulweiss.com |
| Telephone: (206) 816-6603 | Shawn M. Estrada (*Pro Hac Vice*) |
| Facsimile: (206) 319-5450 | Email: sestrada@paulweiss.com |
| | Marco A. Torres (*Pro Hac Vice*) |
| Hillary Schwab, Admitted *Pro Hac Vice* | Email: mtorres@paulweiss.com |
| Email: hillary@fairworklaw.com | PAUL, WEISS, RIFKIND, WHARTON |
| Brant Casavant, Admitted *Pro Hac Vice* | & GARRISON LLP |
| Email: brant@fairworklaw.com | 535 Mission Street, 24th Floor |
| Brook Lane, Admitted *Pro Hac Vice* | San Francisco, CA 94105 |
| Email: brook@fairworklaw.com | Telephone: (628) 432-5100 |
| FAIR WORK, P.C. | Facsimile: (628) 232-3101 |
| 192 South Street, Suite 450 | |
| Boston, Massachusetts 02111 | Amy L. Barton (*Pro Hac Vice*) |
| Telephone: (617) 607-3260 | Email: abarton@paulweiss.com |
| Facsimile: (617) 488-2261 | Matthew P. Merlo (*Pro Hac Vice)* |
| | Email: mmerlo@paulweiss.com |
| *Attorneys for Plaintiffs.* | PAUL, WEISS, RIFKIND, WHARTON |
| | & GARRISON LLP |
| | 1285 Avenue of the Americas |
| Dated: September 17, 2025. | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Facsimile: (212) 757- 3990 |
| | |
| | *Attorney for Defendants.* |

PROPOSED SCHEDULE - 3

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300, Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com
**FAIR WORK, P.C.**
192 South Street, Suite 450, Boston, MA 02111
TEL. 617.607.3260 • FAX 617.488.2261
www.fairworklaw.com