THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants, | Case No. 2:21-cv-00204-BJR<br><br>**UNOPPOSED MOTION TO EXTEND DEFENDANTS AMAZON.COM, INC. AND AMAZON LOGISTICS, INC.'S DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO REINSTATE MASSACHUSETTS CLAIM AND FOR CERTIFICATION OF A MASSACHUSETTS CLASS** |

Defendants Amazon.com, Inc., and Amazon Logistics, Inc. (collectively, "Amazon"), respectfully request that the Court enter an order extending Amazon's deadline to file its opposition to Plaintiffs' Motion to Reinstate Plaintiffs' Massachusetts claim and for certification of a Massachusetts class from December 9, 2025, to December 19, 2025, as set forth below.

1. On November 18, 2025, Plaintiffs Christopher Cain, Kimberly Halo, Kelly Kimmey, Juma Lawson, and Philip Sullivan (collectively, "Plaintiffs") filed a motion to reinstate their Massachusetts claim and for certification of a Massachusetts class and a memorandum in

UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO OPPOSE MOTION TO REINSTATE MA CLAIM – PAGE 1
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

support thereof ("Motion"). Dkt. No. 162. Amazon's opposition to the Motion is currently due on December 9, 2025.

2. A brief period of additional time is warranted for Amazon to oppose the Motion, due to both the number of legal issues presented, as well as the intervening Thanksgiving holiday. The Parties conferred via email on November 25, 2025 and agreed that Amazon's deadline to oppose the Motion may be extended by 10 days to December 19, 2025. Plaintiffs indicated that Amazon may file this request as "unopposed." Extending this deadline will not affect any deadlines in the operative case schedule (Dkt. No. 161) and not delay litigation of this case.

For the reasons stated above, Amazon respectfully requests that the Court enter the [Proposed] Order that extends Amazon's deadline to oppose Plaintiffs' Motion to Reinstate Massachusetts Claims and for Certification of a Massachusetts Class.

DATED this 25th day of November, 2025.

UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO OPPOSE MOTION TO REINSTATE MA CLAIM – PAGE 2
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
Email: andrew.decarlow@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400

Walter F. Brown (*Pro Hac Vice*)
Email: wbrown@paulweiss.com
Shawn M. Estrada (*Pro Hac Vice*)
Email: sestrada@paulweiss.com
Marco A. Torres (*Pro Hac Vice*)
Email: mtorres@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*Pro Hac Vice*)
Email: abarton@paulweiss.com
Matthew P. Merlo (*Pro Hac Vice)*
Email: mmerlo@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757- 3990

*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO OPPOSE MOTION TO REINSTATE MA CLAIM – PAGE 3
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

# ORDER

The unopposed Motion to extend Defendants Amazon.com, Inc. and Amazon Logistics, Inc.'s deadline to oppose Plaintiffs' Motion to Reinstate Massachusetts Claims and for Certification of a Massachusetts Class is GRANTED.

1. Defendants shall respond to Plaintiffs' Motion by December 19, 2025.
2. Plaintiffs' due date to reply is extended to January 9, 2026.

DATED this 25th day of November 2025.

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION TO EXTEND DEFENDANTS' DEADLINE TO OPPOSE MOTION TO REINSTATE MA CLAIM – PAGE 4
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

*Presented by:*

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
Email: andrew.decarlow@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400

Walter F. Brown (*Pro Hac Vice*)
Email: wbrown@paulweiss.com
Shawn M. Estrada (*Pro Hac Vice*)
Email: sestrada@paulweiss.com
Marco A. Torres (*Pro Hac Vice*)
Email: mtorres@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*Pro Hac Vice*)
Email: abarton@paulweiss.com
Matthew P. Merlo (*Pro Hac Vice)*
Email: mmerlo@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757- 3990

*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

UNOPPOSED MOTION TO EXTEND
DEFENDANTS' DEADLINE TO OPPOSE
MOTION TO REINSTATE MA CLAIM – PAGE 5
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401