THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER MILLER, CHRISTOPHER CAIN, JOSE GRINAN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, SHARON PASCHAL, and PHILIP SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**NOTICE OF WITHDRAWAL**<br><br>*Clerk's Action Required* |

PLEASE TAKE NOTICE that Matthew P. Merlo hereby withdraws as counsel of record for Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), in the above-entitled action effective immediately. Andrew DeCarlow, Walter F. Brown, Shawn M. Estrada, Marco A. Torres, and Amy L. Barton will continue as counsel of record for Defendants in this action.

//

//

NOTICE OF WITHDRAWAL – 1
(Case No. 2:21-cv-00204-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

DATED: December 19, 2025

| | |
|---|---|
| By: *s/ Matthew P. Merlo* <br> Matthew P. Merlo (*Pro Hac Vice*) <br> Email: mmerlo@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON <br> & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Phone: (212) 373-3000 <br><br> *Withdrawing Attorney for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.* | By: *s/ Andrew DeCarlow* <br> Andrew DeCarlow, WSBA No. 54471 <br> Email: andrew.decarlow@morganlewis.com <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br><br> Walter F. Brown (*Pro Hac Vice*) <br> Email: wbrown@paulweiss.com <br> Shawn M. Estrada (*Pro Hac Vice*) <br> Email: sestrada@paulweiss.com <br> Marco A. Torres (*Pro Hac Vice*) <br> Email: mtorres@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON <br> & GARRISON LLP <br> 535 Mission Street, 24th Floor <br> San Francisco, CA 94105 <br> Phone: (628) 432-5100 <br><br> Amy L. Barton (*Pro Hac Vice*) <br> Email: abarton@paulweiss.com <br> PAUL, WEISS, RIFKIND, WHARTON <br> & GARRISON LLP <br> 1285 Avenue of the Americas <br> New York, NY 10019-6064 <br> Phone: (212) 373-3000 <br><br> *Attorneys for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.* |

NOTICE OF WITHDRAWAL – 2
(Case No. 2:21-cv-00204-BJR)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401