THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs and Defendants, Amazon.com, Inc., and Amazon Logistics, Inc., (together, the "Parties"), through their undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle to resolve this matter.

The Parties anticipate that dismissal papers will be filed within sixty (60) days of this Notice. If additional time is required to complete the settlement, the Parties will file a joint status update with the Court by that date advising of the status of the settlement and requesting any further relief as appropriate.

The Parties further request that the Court stay all pending deadlines and motions while the

JOINT NOTICE OF SETTLEMENT – PAGE 1
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

Parties finalize the terms of the settlement, including Plaintiffs' pending Motion to Reinstate Massachusetts Claims and for Certification of a Massachusetts Class (Dkt. No. 162), Defendants' pending Motion to Stay Proceedings (Dkt. No. 169) and the deadline to file dispositive motions (Dkt. No. 161).

    DATED this 6th day of January, 2026.

// - // - //

JOINT NOTICE OF SETTLEMENT – PAGE 2
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

| | | |
|---|---|---|
| 1 | By: *s/ Hillary Schwab* | By: *s/ Andrew DeCarlow* |
| | Beth E. Terrell, WSBA #26759 | Andrew DeCarlow, WSBA #54471 |
| 2 | Email: bterrell@terrellmarshall.com | Email: andrew.decarlow@morganlewis.com |
| | Toby J. Marshall, WSBA #32726 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 3 | Email: tmarshall@terrellmarshall.com | 1301 Second Avenue, Suite 3000 |
| | Jennifer Rust Murray, WSBA #36983 | Seattle, WA 98101 |
| 4 | Email: jmurrary@terrellmarshall.com | Telephone: (206) 274-6400 |
| | **TERRELL MARSHALL LAW GROUP** | |
| 5 | **PLLC** | Walter F. Brown (*Pro Hac Vice*) |
| | 936 North 34th Street, Suite 300 | Email: wbrown@paulweiss.com |
| 6 | Seattle, Washington 98103 | Shawn M. Estrada (*Pro Hac Vice*) |
| | Telephone: (206) 816-6603 | Email: sestrada@paulweiss.com |
| 7 | Facsimile: (206) 319-5450 | Marco A. Torres (*Pro Hac Vice*) |
| | | Email: mtorres@paulweiss.com |
| 8 | Hillary Schwab, Admitted *Pro Hac Vice* | **PAUL, WEISS, RIFKIND, WHARTON** |
| | Email: hillary@fairworklaw.com | **& GARRISON LLP** |
| 9 | Brant Casavant, Admitted *Pro Hac Vice* | 535 Mission Street, 25th Floor |
| | Email: brant@fairworklaw.com | San Francisco, CA 94105 |
| 10 | **FAIR WORK, P.C.** | Telephone: (628) 432-5100 |
| | 192 South Street, Suite 450 | Facsimile: (628) 232-3101 |
| 11 | Boston, Massachusetts 02111 | |
| | Telephone: (617) 607-3260 | Amy L. Barton (*Pro Hac Vice*) |
| 12 | Facsimile: (617) 488-2261 | Email: abarton@paulweiss.com |
| | | **PAUL, WEISS, RIFKIND, WHARTON** |
| 13 | Andrew R. Frisch, Admitted *Pro Hac Vice* | **& GARRISON LLP** |
| | Email: AFrisch@forthepeople.com | 1285 Avenue of the Americas |
| 14 | Paul M. Botros, Admitted *Pro Hac Vice* | New York, NY 10019-6064 |
| | Email: pbotros@forthepeople.com | Telephone: (212) 373-3000 |
| 15 | **MORGAN & MORGAN, P.A.** | Facsimile: (212) 757-3990 |
| | 8151 Peters Road, Suite 4000 | |
| 16 | Plantation, Florida 33324 | |
| | Telephone: (954) 327-5352 | *Attorneys for Defendants Amazon.com, Inc. and* |
| 17 | | *Amazon Logistics, Inc.* |
| | *Attorneys for Plaintiffs* | |

JOINT NOTICE OF SETTLEMENT – PAGE 3
Case No. 2:21-cv-00204-BJR