THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00204-BJR<br><br>**NOTICE OF WITHDRAWAL**<br><br>*Clerk's Action Required* |

NOTICE OF WITHDRAWAL
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

PLEASE TAKE NOTICE that Shawn M. Estrada hereby withdraws as counsel of record for Defendants Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), in the above-entitled action, effective immediately. Andrew DeCarlow, Walter F. Brown, Marco A. Torres, and Amy L. Barton will continue as counsel of record for Defendants in this action.

DATED: February 19, 2026

By: */s/ Shawn M. Estrada*
Shawn M. Estrada (*Pro Hac Vice*)
Email: sestrada@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Withdrawing Attorney for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

By: */s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
Email: andrew.decarlow@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400

Walter F. Brown (*Pro Hac Vice*)
Email: wbrown@paulweiss.com
Marco A. Torres (*Pro Hac Vice*)
Email: mtorres@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton (*Pro Hac Vice*)
Email: abarton@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendant Amazon.com, Inc. and Amazon Logistics, Inc.*

NOTICE OF WITHDRAWAL – PAGE 1
Case No. 2:21-cv-00204-BJR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401