THE HONORABLE BARBARA J. ROTHSTEIN

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER CAIN, KIMBERLY HALO, KELLY KIMMEY, JUMA LAWSON, and PHILIP SULLIVAN,

                Plaintiffs,

      v.

AMAZON.COM, INC., and AMAZON LOGISTICS, INC.,

                Defendants,

Case No. 2:21-cv-00204-BJR

**STIPULATION TO DISMISS ACTION WITH PREJUDICE AS TO PLAINTIFFS' INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO CLAIMS OF PUTATIVE CLASS PURSUANT TO F.R.C.P. 41(a)(1)**

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs Christopher Cain, Kimberly Halo, Kelly Kimmey, Juma Lawson, and Philip Sullivan ("Current Plaintiffs"), former Plaintiffs Hamady Bocoum, Gary Gleese, Jose Grinan, and Sharon Paschal ("Former Plaintiffs," collectively with the Current Plaintiffs, "Plaintiffs"), and Amazon.com, Inc. and Amazon Logistics, Inc. ("Defendants"), by and through their respective undersigned counsel, hereby stipulate and agree to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with prejudice as to Plaintiff's

STIPULATION TO DISMISS ACTION – PAGE 1
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401

individual claims and without prejudice as to the claims of the putative class, which were dismissed by the Court's July 1, 2025 Order.

**IT IS SO STIPULATED**.

Dated: March 26, 2026

TERRELL MARSHALL LAW GROUP PLLC

By: *s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Toby J. Marshall, WSBA #32726
Email: tmarshall@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurrary@terrellmarshall.com
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Hillary Schwab, Admitted *Pro Hac Vice*
Email: hillary@fairworklaw.com
Brant Casavant, Admitted *Pro Hac Vice*
Email: brant@fairworklaw.com
FAIR WORK, P.C.
192 South Street, Suite 450
Boston, Massachusetts 02111
Telephone: (617) 607-3260
Facsimile: (617) 488-2261

Andrew R. Frisch, Admitted *Pro Hac Vice*
Email: AFrisch@forthepeople.com
Paul M. Botros, Admitted *Pro Hac Vice*
Email: pbotros@forthepeople.com
MORGAN & MORGAN, P.A.
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) 327-5352

*Attorneys for Plaintiffs*

MORGAN, LEWIS & BOCKIUS LLP

By: *s/ Andrew DeCarlow*
Andrew DeCarlow, WSBA No. 54471
Email: andrew.decarlow@morganlewis.com
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400

Walter F. Brown, Admitted *Pro Hac Vice*
Email: wbrown@paulweiss.com
Marco A. Torres, Admitted *Pro Hac Vice*
Email: mtorres@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

Amy L. Barton, Admitted *Pro Hac Vice*
Email: abarton@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

*Attorneys for Defendants Amazon.com, Inc. and Amazon Logistics, Inc.*

STIPULATION TO DISMISS ACTION – PAGE 2
Case No. 2:21-cv-00204-BJR

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400 FAX +1.206.274.6401